to the Court of Appeal, Third Circuit, Parish of Calcasieu. 188 So.2d 510.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

190 So.2d 909

**Stanley E. CORTINEZ**

v.

**J. Howell FLOURNOY, Sheriff of Caddo Parish.**

No. 48412.

Oct. 14, 1966.

In re: Stanley E. Cortinez applying for writs of certiorari and mandamus.

The application is denied. It is not our understanding that Gideon v. Wainwright, 372 U.S. 335, 83 S.Ct. 792, 9 L.Ed.2d 799, applies to misdemeanor cases. Hence the trial judge correctly denied the application for habeas corpus.